

**U.S. Department of Justice**

*United States Attorney's Office*
*District of Delaware*

---

Nemours Building  (302) 573-6277
1007 Orange Street, Suite 700  FAX (302) 573-6220
P.O. Box 2046
Wilmington, Delaware 19899-2046

January 18, 2007

Honorable Kent A. Jordan
United States District Court
J. Caleb Boggs Federal Building
844 King Street
Wilmington, Delaware  19801

    Re:   **United States v. Wayne Fairman**
           **Criminal Action No. 98-102-KAJ**

Dear Judge Jordan:

    There is an outstanding arrest warrant, requested by the FBI, in the above-captioned matter. The U.S. Attorney's Office requests that the warrant remain outstanding. Accordingly, the U.S. Attorney's Office respectfully requests that the case be reassigned within the District Court.

                                                      Respectfully,

                                                      COLM F. CONNOLLY
                                                      United States Attorney

                                                 By:
                                                    Edmond Falgowski
                                                     Assistant United States Attorney

pc:   Robert Cruikshank, USDC

EF:slb